**FILED**

MAR 1 0 2003

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | )  |                    |
|---|---|---|
| EEOC | ) | |
|       Plaintiff, | ) | |
| v. | ) | NO. CIV-02-1059-HE |
| | ) | |
| BURLINGTON COOPERATIVE ASSOCIATION | ) ) | |
| | ) | DOCKETED |
|       Defendant. | ) | |

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2003.

JOE HEATON
UNITED STATES DISTRICT COURT

ENTERED IN JUDGEMENT
DOCKET ON
3/10/03