IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) CASE NO. CIV-02-1059-HE |
| Plaintiff, | )<br>) |
| v. | ) |
| (1) BURLINGTON COOPERATIVE ASSOCIATION, | )<br>)<br>) |
| Defendant. | ) |

**FILED**
APR 0 9 2003
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

**ORDER GRANTING ENTRY OF CONSENT DECREE**

Upon the unopposed motion of the Plaintiff EEOC, and for good cause shown, the Court finds that the Plaintiff's Motion to Enter the Consent Decree should be granted.

IT IS THEREFORE ORDERED that the Consent Decree tendered with Plaintiff EEOC's Motion shall be approved by the Court.

SO ORDERED, ADJUDGED AND DECREED this ____ day of April, 2003.

_____
HONORABLE JOE HEATON
U.S. DISTRICT COURT JUDGE